United States Bankruptcy Court
District of Colorado

In re:  
Christa Marie Russell  
      Debtor

Case No. 13-28728-HRT  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1     User: griffina     Page 1 of 1     Date Rcvd: Oct 14, 2015  
                       Form ID: pdf904    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2015.  
intp          +Dilks and Knopik, LLC,   35308 SE Center Street,   Snoqualmie, WA 98065-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
intp          +E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 15 2015 00:07:10      American Honda Motor Co., Inc,  
            c/o Paul Honda,   1919 Torrance Blvd.,   Torrance, CA 90501-2746  
                                                                                                                      TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2015                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2015 at the address(es) listed below:  
         Jane M. Roberson    on behalf of Debtor Christa Marie Russell Roberson@JustAskJane.info  
         Nathaniel  Thompson    on behalf of Debtor Christa Marie Russell njtlawdenver@gmail.com  
         Taya   Sweeden    on behalf of Trustee Taya  Sweeden taya@trusteesweeden.com,  
          CO07@ecfcbis.com;kelly@trusteesweeden.com  
         US Trustee, 7     USTPRegion19.DV.ECF@usdoj.gov  
                                                                                                                                                                                                                  TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

|  |  |
|---|---|
| In re:<br><br>Christa Marie Russell<br><br><br><br>Debtor(s). | Case No. 13-28728-HRT<br><br>Chapter 7 |

### Request for Claims
### Deposited into the U. S. Treasury Registry Account

**THE BURDEN OF PROOF LIES WITH THE CLAIMANT/REQUESTOR**
**AND MUST BE SUBMITTED BY WRITTEN REQUEST**

\_\_\_\_\_ The Court requires that you supply evidence that you have, indeed, located the correct creditor(s) of the funds deposited into the registry of the court. The following must be submitted:

\_\_\_\_\_ Your request for unclaimed/undistributed funds deposited into the registry of the court will not be filed because:

✓ Your request for unclaimed/undistributed funds deposited into the registry of the court is deficient. Please submit the following:

  -Copy of drivers license for Paul Honda.

All requests are subject to final approval by the U. S. Bankruptcy Judge.

Falsification of a request is illegal and subject to fines, penalties, sanctions, and/or imprisonment pursuant to Title 18, United States Code.

Dated 10/13/2015

FOR THE COURT:
Kenneth Gardner, Clerk

By: /s/Andy Griffin
Operations Support Assistant
Cob_UnclaimedFunds@cob.uscourts.gov